# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1167
_____

ROOSEVELT ARNOLD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Madison County.
Melissa G. Olin, Judge.

April 30, 2024


PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Roosevelt Arnold, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.